OSCN Found Document:IN RE APPROVAL OF UNIFORM JUDGMENT OF ADJUDICATION AS A YOUTHFUL OFFENDER

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 IN RE APPROVAL OF UNIFORM JUDGMENT OF ADJUDICATION AS A YOUTHFUL OFFENDER
2024 OK 6
Decided: 02/12/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 6, __ P.3d __

 

In re: Approval of Uniform Judgment of Adjudication as a Youthful Offender

ORDER

¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached judgment of adjudication as a youthful offender, effective May 1, 2024.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 12th day of February, 2024.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

 

 

IN THE DISTRICT COURT OF _________________________ COUNTY

THE STATE OF OKLAHOMA

 
 
 
 THE STATE OF OKLAHOMA,

                                                                Plaintiff,

 vs.

  _____________________________________,

                                                            Defendant.
 
 
 )
 )
 )
 )
 )
 )
 )
 )
 )
 
 Case No.    CF/YO-20_____-______
 D.O.B.: ________________________________
 SS# (last 4): ____________________________
 
 

 

JUDGMENT OF ADJUDICATION AS A YOUTHFUL OFFENDER

NOW, ON THIS ____ DAY OF _______________, 20_____ this matter comes on for sentencing of the Defendant as a
youthful offender. The Youthful Offender, ____________________, appears personally, and by and through his/her attorney of
record, ______________________, and the State appears personally, by and through, ____________________, Assistant District Attorney.

The Defendant, appears before this court having been adjudicated as a youthful offender on the _____ day of ________________,
20_____, following:

 

 
 
 [ ] the entry of a plea of guilty
 [ ] the entry of a plea of Nolo Contendre
 
 
 [ ] having been adjudicated by a jury at trail
 [ ] having been adjudicated by the court after waiving their right to a jury trial
 
 
 [ ] other: ______________________________________________________________________________ to the crime(s) of:
 
 

 
 
 Count 
 Crime 
 Statutory Reference
 
 
 _____
 ___________________________________________________________________________
 _____ O.S. _________
 
 
 _____ 
 ___________________________________________________________________________
 _____ O.S. _________
 
 
 _____ 
 ___________________________________________________________________________ 
 _____ O.S. _________
 
 
 _____ 
 ___________________________________________________________________________ 
 _____ O.S. _________
 
 

(If necessary, attach an additional sheet for additional counts)

and was sentenced as a youthful offender as follows:

 
 
 Count
 Sentenced to a term of:
 
 
 _____
 _________________________________________________________________________________________________
 
 
 _____ 
 _________________________________________________________________________________________________
 
 
 _____ 
 _________________________________________________________________________________________________
 
 
 _____ 
 _________________________________________________________________________________________________
 
 

 (If necessary, attach an additional sheet for additional counts)

The sentence(s) are to be served: [ ] concurrently [ ] consecutive:
_________________________________________________________________________________________________________

The Youthful Offender is ordered to pay fine(s), costs, fees, and restitution as follows:____________________________________

________________________________________________________________________________________________________

The Youthful Offender is placed in the: [ ] Custody OR [ ] Supervision of:

[ ] The Office of Juvenile Affairs or
[ ] other: _________________________________________________________________________________________________
[ ] The Office of Juvenile Affairs is ordered, pursuant to Okla. Stat. tit. 10A § 2-5-208(E), to prepare and file a written rehabilitation plan
within thirty (30) days of receiving notification of the placement of this youthful offender.
[ ] other: _________________________________________________________________________________________________

_________________________________________________________________________________________________________

IT IS SO ORDERED, ON THIS _____ DAY OF ____________________, 20_____. 

                                                                                                                   ________________________________________________
                                                                                                                  JUDGE OF THE DISTRICT COURT 

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA